**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., in its capacity as agent for Associated Bank, N.A., Bank of America, N.A., JPMorgan Chase Bank, N.A., Fifth Third Bank, M&I Marshall & Ilsley Bank, and Union Bank of California, N.A., ) ) ) ) ) ) | ) ) ) ) ) Case No. 1:09-CV-03720 |
| Plaintiff, ) | ) Honorable Ronald A. Guzman |
| v. ) | ) |
| FBOP CORPORATION, a bank holding company organized under the laws of the State of Illinois, ) ) ) | ) ) ) ) |
| Defendant. ) | |

**DEFENDANT FBOP'S MOTION FOR LEAVE TO FILE
LIMITED SURREPLY INSTANTER TO PLAINTIFFS' REPLY BRIEF**

Defendant FBOP moves for leave to file the attached Limited Surreply *instanter* to plaintiffs' Reply Brief in Support of Its Motion for Leave to Dismiss Count II or, in the Alternative, for Leave to File an Amended Complaint. In support, FBOP states:

1. On August 12, 2009, plaintiffs filed their Reply Brief, citing for the first time in connection with their Motion to Dismiss Count II authority purporting to authorize to this Court to grant that motion notwithstanding its lack of subject matter jurisdiction.

2. One of the cases cited by plaintiffs runs contrary to the established law of the Seventh Circuit and has effectively been overruled by the United States Supreme Court.

3. Plaintiffs' Reply brief also mischaracterizes FBOP's argument with regard to the jurisdictional issues.

4.   FBOP requests that it be given leave instanter to file a limited surreply, a copy of which is attached as Exhibit 1, to correct plaintiffs' misstatements of the law and mischaracterizations of FBOP's argument.

5.   FBOP believes that it will be prejudiced unless it is allowed to respond to the misstatements in plaintiffs' reply brief.

WHEREFORE, Defendant FBOP Corporation respectfully requests leave to file the attached surreply instanter.

Respectfully submitted,

Dated: August 17, 2009          **FBOP CORPORATION**

By:   /s/David J. Bradford
      One of Its Attorneys

David J. Bradford
Ross B. Bricker
Ryan K. Harding
Spiridoula Mavrothalasitis
J. Andrew Hirth
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Tel:  (312) 222-9350
Fax: (312) 527-0484

Email: dbradford@jenner.com
       rbricker@jenner.com
       rharding@jenner.com
       smavrothalasitis@jenner.com
       ahirth@jenner.com

2