**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

JPMorgan Chase Bank, N.A.
                                Plaintiff,

v.                                                  Case No.: 1:09−cv−03720
                                                     Honorable Ronald A. Guzman

FBOP Corporation
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 18, 2009:

      MINUTE entry before the Honorable Ronald A. Guzman Motion by Defendant FBOP Corporation for leave to file Limited Surreply Instanter To Plaintiffs' Reply Brief [33] is granted. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.